AO 455 (Rev. 1/09) Waver of an Indictment

# UNITED STATES DISTRICT COURT

for the

Southern DISTRICT OF Texas

| | |
|---|---|
| United States of America<br>v.<br><br>BRETT MICHAEL DETAMORE | )<br>)<br>)   Case No: **4:24-cr-00408**<br>)<br>)<br>)<br>)<br>) |

## WAIVER OF INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date: _____

*Defendant's signature*

*Signature of defendant's attorney*

*Printed name of defendant's attorney*

*Judge's signature*

*Judge's printed name and title*