UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

United States District Court
Southern District of Texas
**ENTERED**
August 02, 2024
Nathan Ochsner, Clerk

| UNITED STATES OF AMERICA | § | |
|---|---|---|
| | § | CRIMINAL NO: **4:24-cr-00408** |
| v. | § | |
| BRETT MICHAEL DETAMORE | § | |

## ORDER FOR ISSUANCE OF SUMMONS

It appearing to the Court that a   CRIMINAL INFORMATION   has been filed against the defendant listed, it is hereby

ORDERED that a summons be issued for the appearance of said defendant on

  08/12/2024   at   02:00 PM  .  Upon appearance, a judicial determination shall be made as to detention or release on conditions.  The United States Government recommends to the Court the following conditions of release.

Defendant

BRETT MICHAEL DETAMORE
12950 Queensbury Ln,
Houston, TX 77079

☐ Appearance Bond in the Amount of:
$

SIGNED at Houston, Texas, on    August 02, 2024   .

UNITED STATES MAGISTRATE JUDGE